UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re TRADE PARTNERS, INC.
INVESTORS LITIGATION,　　　　　　　　MDL Docket No. 1846

　　　　　　　　　　　　　　　　　　　Case No. 1:07-CV-738
　　　　　　　　　　　　　　　　　　　Case No. 1:07-CV-751
　　　　　　　　　　　　　　　　　　　Case No. 1:07-CV-775

　　　　　　　　　　　　　　　　　　　HON. ROBERT HOLMES BELL
_____/

## **ORDER**

The Western District of Michigan has adopted a mandatory e-filing policy for all attorneys practicing before this Court. Pursuant to paragraph 3 of this Court's Order No. 1, all attorneys who intend to file pleadings or other papers must register for electronic filing under Local Civil Rule 5.7. The following attorneys have not yet registered:

　　David J. Moraine
　　　Marchand & Moraine LLP
　　John N. Hermes
　　　McAfee & Taft
　　Colin C. Holley and George L. Hampton
　　　Hampton Holley
　　David T. Moran
　　　Jackson Walker LLP
　　Donald J. Querio, Jan T. Chilton, Patricia L. McClaran , Suzanne M. Hankins
　　　Severson & Werson

These attorneys shall register as electronic filers by **December 21, 2007**. Should they fail to register by this date, they will no longer be served with paper copies by the Court.

DATED:　December 3, 2007　　　　　　/s/ Robert Holmes Bell
　　　　　　　　　　　　　　　　　　ROBERT HOLMES BELL
　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE