UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re TRADE PARTNERS, INC.,  MDL Docket No. 1846
INVESTORS LITIGATION,  ALL CASES

HON. ROBERT HOLMES BELL

_____/

**O R D E R**

On November 29, 2007, the Court entered an order setting this matter for a Rule 16 scheduling conference. (Dkt. No. 42,[1] Rule 16 Scheduling Order.) The Rule 16 scheduling order directed the parties to file a joint status report addressing the desirability of motions for summary judgment on, among other issues, "the application/scope of the choice of law clauses . . . ." (Rule 16 Scheduling Order 4.) On December 20, 2008, the parties filed a joint status report which indicated that Macatawa Bank and Macatawa Bank Corporation (collectively "Macatawa") would file a motion addressing choice-of-law issues by March 3, 2008. (Dkt. No. 57, Joint Status Report 4.) The Court held a Rule 16 scheduling conference on January 14, 2008. At the January 14 scheduling conference no party indicated that motions on the choice-of-law issues were unnecessary. On January 22, 2008, the Court issued its initial case management order which provided that motions on "global dispositive" issues, including choice-of-law issues, were to be filed by March 3, 2008. (Dkt.

---

[1] All docket numbers in this order refer to the docket for File No. 1:07-MD-1846.

No. 97, Initial Case Mgmt. Order ¶ 7.b) The initial case management order did not limit which parties could file motions on the choice-of-law issues. Although Plaintiffs and Defendants filed motions addressing certain "global dispositive" issues on March 3, 2008, none of the motions address the choice-of-law issues. Additionally, no party raised the choice-of-law issues in a response to other parties' motions on "global dispositive" issues. Lastly, in consideration of Macatawa having indicated in the joint status report that it would file a motion addressing choice-of-law issues Court staff repeatedly contacted Macatawa with regard to the non-filing of a motion addressing choice-of-law issues; however, Macatawa did not respond to those telephone calls from Court staff.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiffs and Defendants are deemed to have **ABANDONED** the choice-of-law issues.


Date:     April 29, 2008                    /s/ Robert Holmes Bell
                                            ROBERT HOLMES BELL
                                            CHIEF UNITED STATES DISTRICT JUDGE